[No. 29778-3-I.   Division One.   February 16, 1993.]

VINTAGE CONSTRUCTION CO., INC., *Respondent*, v.
GRANITE FALLS SCHOOL DISTRICT
NO. 332, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-00965-1, Paul D. Hansen, J., entered November 22, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Coleman, J.

[No. 25354-9-I.   Division One.   February 16, 1993.]

*In the Matter of the Marriage of* TRACY MARIE
LITTLE, *Respondent, and* GRANT R.
GISKE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-3-02614-0, Paul D. Hansen, J., entered November 22, 1989. *Affirmed* by unpublished opinion per Agid, J., concurred in by Scholfield and Forrest, JJ.

[No. 26483-4-I.   Division One.   February 16, 1993.]

*In the Matter of the Dependency of* C.R.S.

ROBERT STORMS, ET AL, *Appellants*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 89-7-00008-4, Stanley K. Bruhn, J., entered May 29, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Scholfield and Forrest, JJ.